IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WAYNE NELSON | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CITY OF PHILADELPHIA, DET. MILES # 8060 and DET. MACCLAIN # 8094 | : | NO. 17-1970 |

### ORDER

**NOW,** this 29th day of August, 2017, upon consideration of the Defendants' Motion to Dismiss Plaintiff's Complaint for Failure to State a Claim (Document No. 3), it is **ORDERED** that the motion is **GRANTED.**

**IT IS FURTHER ORDERED** as follows:

1. The Complaint is **DISMISSED**;

2. The plaintiff is granted leave to file an amended complaint no later than September 29, 2017; and

3. Failure to file an amended complaint within the time required will result in the dismissal of this action with prejudice.

/s/TIMOTHY J. SAVAGE